**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15 PM 4: 36

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **No.** 23-CR-161-J |
| **v.** | **18 U.S.C. §§ 922(g)(1) and 924(a)(8)** |
| **ADAM SHANE AVILES, JR,** | (Felon in Possession of Ammunition) |
| Defendant. | **\*\*FORFEITURE NOTICE\*\*** |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

Between on or about November 2, 2023, and on or about November 4, 2023, in the District of Wyoming, the Defendant, **ADAM SHANE AVILES, JR,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely, Fiocchi .45 caliber ammunition, and the ammunition was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FORFEITURE NOTICE

1.      The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offenses set forth in this Indictment, the Defendants shall forfeit to the United States any firearms and ammunition involved in the commission of the offense.

A TRUE BILL:

*Ink Signature on File with Clerk's Office*
FOREPERSON

_____

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**     **ADAM SHANE AVILES, JR**

**DATE:**               November 14, 2023

**INTERPRETER NEEDED:** No

**VICTIM(S):**          No

**OFFENSE/PENALTIES:**  **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**
                       (Felon in Possession of Ammunition)

                       0-15 Years Imprisonment
                       Up To $250,000 Fine
                       3 Years Supervised Release
                       $100 Special Assessment

**AGENT:**              Luke Williamson, FBI

**AUSA:**               Paige Hammer, Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                1 to 5 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**                 Yes

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**        No