Paige Hammer
Wyoming State Bar No. 7-5882
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
paige.hammer@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15 PM 4:36

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM SHANE AVILES, JR,

    Defendant.

Case No. 23-CR-161-J

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    **Crime of Violence (18 U.S.C. § 3156)**
    **Serious risk Defendant will flee**
    **A felony involving possession of a firearm (see 18 U.S.C. § 3142(f)(1)(E))**

2.    Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    **Safety of any other person and the community**

3. **Rebuttable Presumption.** The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 14th day of November, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _____
PAIGE HAMMER
Assistant United States Attorney