IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 MAY 16  AM 11: 43

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHANE AVILES, JR,<br><br>Defendant. | No.   23-CR-161-ABJ<br><br>Ct 1:   18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of Ammunition)<br><br>Ct 2:   18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of a Firearm)<br><br>**FORFEITURE NOTICE** |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about November 2, 2023, and on or about November 4, 2023, in the District of Wyoming, the Defendant, **ADAM SHANE AVILES, JR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely, Fiocchi .45 caliber ammunition, and the ammunition was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

COUNT TWO

Between on or about August 14, 2023, and on or about November 8, 2023, in the District of Wyoming, the Defendant, **ADAM SHANE AVILES, JR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly

possessed a firearm, namely, a Glock Model 41 .45 caliber handgun bearing serial number BYAT730, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth in this Indictment, the Defendants shall forfeit to the United States any firearms and ammunition involved in the commission of the offense.

A TRUE BILL:

 /s/ Ink Signature on File in the Clerk's Office
FOREPERSON

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**      ADAM SHANE AVILES, JR

**DATE:**      May 14, 2024

**INTERPRETER NEEDED:**      No

**VICTIM(S):**      Yes

**OFFENSE/PENALTIES:**

    Ct: 1   18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of Ammunition)

    0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

    Ct: 2   18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm)

    0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**      0-30 Years Imprisonment
Up To $500,000 Fine
3 Years Supervised Release
$200 Special Assessment

**AGENT:**      Luke Williamson, FBI

**AUSA:**      Paige N. Hammer, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**      1 to 5 days

1

2

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**                         Yes


**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**                No

2