AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED** By U.S. Marshals Service at 12:43 pm, May 20, 2024

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 JUN 17 AM 9:08
MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ADAM SHANE AVILES, JR. | ) Case No. | 23-CR-161-J |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ADAM SHANE AVILES, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) - Felon in Possession of Ammunition
COUNT 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) - Felon in Possession of a Firearm

Date: 05/16/2024

*Issuing officer's signature*

City and state: Cheyenne, Wyoming

Mark L. Carman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/16/2024, and the person was arrested on *(date)* 5/20/24
at *(city and state)* Scotts Bluff County Adult Detention Center

Date: 5/20/24

*Arresting officer's signature*

William L. Kaulfers Jr., SDUSM
*Printed name and title*

Warrant administratively cleared. Subject in custody of USMS since 12/12/2023 on case number 23-cr-161.